UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 6:10-cv-753-ORL-31DAB

JENNIFFER B. MOSCO,

    Plaintiff,

v.

CREDITORS FINANCIAL GROUP, LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 6:10-cv-753-ORL-31DAB

JENNIFFER B. MOSCO,

    Plaintiff,

v.

CREDITORS FINANCIAL GROUP, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 28, 2010, I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

                                           s/Donald A. Yarbrough
                                           Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Henry E. Swayze
Creditors Financial Group, LLC
Suite 110
3131 South Vaughn Way
Aurora, CO 80014
Telephone: 866-723-7980
Facsimile: 303-369-4061

Via U.S. Mail and Facsimile.