**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JENNIFER B. MOSCO,**

       **Plaintiff,**

**-vs-**                                                                                         Case No. 6:10-cv-753-Orl-31DAB

**CREDITORS FINANCIAL GROUP, LLC,**

       **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. No. 6), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 1, 2010.

                                                            **GREGORY A. PRESNELL**
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party